"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. SACR 96-063 AG |
| Plaintiff, ) | ORDER OF DETENTION |
| v. ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| GERALD JACK MASTERSON, ) | |
| Defendant. ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Judge Andrew J. Guilford, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's failure to comply with conditions of his release; and

///

///

B. (X) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: January 27, 2009

                                          /s/  Arthur Nakazato
                                        ARTHUR NAKAZATO
                              UNITED STATES MAGISTRATE JUDGE